NO. 07-01-0421-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 12, 2002

______________________________

CLYDE LAVON SMITH, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 263RD DISTRICT COURT OF HARRIS COUNTY;

NO. 847862; HONORABLE JIM WALLACE, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Pending before this Court is appellant’s 
pro se
 request to withdraw his notice of appeal.  Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appeal may be dismissed if appellant withdraws his notice of appeal by signed motion accompanied by the signature of his attorney.  However, where appellant is proceeding 
pro se
, we apply Rule 2 of the Texas Rules of Appellate Procedure to suspend the requirement that appellant’s request be accompanied by his attorney’s signature.  
See 
Rodriguez v. State, 970 S.W.2d 133, 135 (Tex.App.--Amarillo 1998, pet. ref’d).  An accused has the ultimate authority to make certain fundamental decisions regarding his case, including whether to prosecute an appeal.  
See
 Conners v. State, 966 S.W.2d 108 (Tex.App.--Houston [1
st
 Dist.] 1998, pet. ref’d), citing Jones v. Barnes, 463 U.S. 745, 103 S.Ct. 3308, 77 L.Ed.2d 987 (1983).  Thus, we suspend the operation of Rule 42.2(a) in this case and dismiss the appeal based upon appellant’s request to withdraw his notice of appeal.  No decision of this Court having been delivered, we dismiss the appeal and no motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis

    Justice

Do not publish.